# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

123 NORTH DOGWOOD, LLC.,
BARRISTER CONSTRUCTION AND
JOHN S. BOWERS, III

VERSUS

AARON CONSTRUCTION, LLC AND
HALLMARK SPECIALTY INSURANCE
COMPANY

NO.   2024 CW 0846

DECEMBER 4, 2024

---

In Re:    Hallmark  Specialty  Insurance  Company,  applying  for
          supervisory writs, 22nd Judicial District Court, Parish
          of St. Tammany, No. 2020-11295.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT